## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

      Plaintiff,

v.

+/- 84.115 ACRES OF LAND IN MARION
COUNTY FLORIDA, AZ OCALA
RANCH, LLC, an Arizona limited liability
company, WILL BELLAMY, and
UNKNOWN OWNERS IF ANY,

      Defendants.

_____/

Case No:  5:16-cv-208-Oc-30PRL
Tract No(s): FL-MA-052.000, FL-
MA-054.000, FL-MA-056.000,
FL-MA-057.000

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the parties' stipulation to partial summary judgment confirming Plaintiff Sabal Trail Transmission LLC's right to condemn easements and immediate possession in accordance with the Certificate of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission (Docket No. CP15-17-000).  (Doc. 21).

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    Plaintiff Sabal Trail Transmission LLC's Motion for Partial Summary Judgment (Doc. 2) is GRANTED.

2.    Plaintiff Sabal Trail Transmission LLC's Motion for Preliminary Injunction (Doc. 3) is GRANTED.

3.      Plaintiff Sabal Trail Transmission, LLC may immediately access and possess the areas identified within composite Exhibit A of this order for the purpose of constructing and operating the subject pipeline project in accordance with the Certificate of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission (Docket No. CP15-17-000).

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

# FL-MA-052.000



## NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME 04092.

RECORD DEED(S):

- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

### LEGEND

FOUND MONUMENTS

| | |
|---|---|
| ● REBAR WITH CAP | —— ABUTTER LINE |
| ● REBAR, NO CAP | —○— PIPELINE CL PI |
| ⊡ CONCRETE BOUND | —■— LOCUS PROPERTY LINE |
| ○ IRON PIN | XXXX-XXXX - ASSESSOR PARCEL |
| | P.O.B. - POINT OF BEGINNING |
| | P.O.T. - POINT OF TERMINATION |

| | | |
|---|---|---|
| ▨ PERMANENT EASEMENT | = 572,535 sq-ft | ( 13.144 ac) |
| ▨ TEMPORARY WORKSPACE | = 567,540 sq-ft | ( 13.029 ac) |
| ▨ ADDITIONAL TEMPORARY WORKSPACE | = 204,665 sq-ft | ( 4.698 ac) |
| – – – TEMPORARY ACCESS ROAD (25' WIDTH) | N/A | N/A |

PLAT NUMBER: 1657-PL-DG-38710

## CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

### REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

**SGC ENGINEERING, LLC**
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100   Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 17,20,21 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|
| DRAWN: NJH DATE: 01/19/16 | CHECKED: EGW DATE: 01/19/16 | APPROVED: RJH DATE: 01/25/16 |
| NAME: FL-MA-052.000.DWG | | PAGE 1 of 6 |

| CITY: DUNNELLON | | LENGTH ACROSS PROPERTY 11,430.44 ft |
|---|---|---|
| CNTY: MARION | STATE: FL | ACCESS RD.: N/A |

**Sabal Trail** TRANSMISSION℠



NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP        - ABUTTER LINE
◉ - REBAR, NO CAP         - PIPELINE CL PI
▣ - CONCRETE BOUND        - LOCUS PROPERTY LINE
○ - IRON PIN

XXXX-XXXX - ASSESSOR PARCEL

P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

| | | |
|---|---|---|
| ▦ PERMANENT EASEMENT | = 572,535 sq-ft | ( 13.144 ac) |
| ▨ TEMPORARY WORKSPACE | = 567,540 sq-ft | ( 13.029 ac) |
| ▧ ADDITIONAL TEMPORARY WORKSPACE | = 204,665 sq-ft | ( 4.698 ac) |
| --- TEMPORARY ACCESS ROAD (25' WIDTH) | N/A | N/A |

PLAT NUMBER: 1657-PL-DG-38710

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

SECTION: 17,20,21  TOWNSHIP: 17S  RANGE: 20E

DRAWN: NJH  CHECKED: EGW  APPROVED: RJH
DATE: 01/19/16  DATE: 01/19/16  DATE: 01/25/16

NAME: FL-MA-052.000.DWG  PAGE 2 of 6

CITY: DUNNELLON  LENGTH ACROSS PROPERTY  11,430.44 ft
CNTY: MARION  STATE: FL  ACCESS RD.: N/A ft

Sabal Trail
TRANSMISSION℠

FL-MA-052.000



NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP
◉ - REBAR, NO CAP
⊡ - CONCRETE BOUND
○ - IRON PIN

———○——— - PIPELINE CL PI
———■——— - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL

——————— - ABUTTER LINE

P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

| | | | |
|---|---|---|---|
| ▦ | PERMANENT EASEMENT | = 572,535 sq-ft | ( 13.144 ac) |
| ▨ | TEMPORARY WORKSPACE | = 567,540 sq-ft | ( 13.029 ac) |
| ▩ | ADDITIONAL TEMPORARY WORKSPACE | = 204,665 sq-ft | ( 4.698 ac) |
| – – – | TEMPORARY ACCESS ROAD (25' WIDTH) | N/A | N/A |

PLAT NUMBER: 1657-PL-DG-38710

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100      Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 17,20,21 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|

| DRAWN: NJH DATE: 01/19/16 | CHECKED: EGW DATE: 01/19/16 | APPROVED: NJH DATE: 01/25/16 |

NAME: FL-MA-052.000.DWG    PAGE 3 of 6

CITY: DUNNELLON
CNTY: MARION      STATE: FL

LENGTH ACROSS PROPERTY  11,430.44 ft
ACCESS RD.:  N/A ft

Sabal Trail
TRANSMISSION℠

# FL-MA-052.000



I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

**NOTES:**

1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME 04092.

**RECORD DEED(S):**

- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

*LEGEND*

**FOUND MONUMENTS**

○──── - ABUTTER LINE
● - REBAR WITH CAP   ○──○ - PIPELINE CL PI
◉ - REBAR, NO CAP   ──── - LOCUS PROPERTY LINE
⊡ - CONCRETE BOUND   XXXX-XXXX - ASSESSOR PARCEL
○ - IRON PIN   P.O.B. - POINT OF BEGINNING
   P.O.T. - POINT OF TERMINATION

| | | |
|---|---|---|
| ▦ PERMANENT EASEMENT | = 572,535 sq-ft | ( 13.144 ac) |
| ▨ TEMPORARY WORKSPACE | = 567,540 sq-ft | ( 13.029 ac) |
| ▩ ADDITIONAL TEMPORARY WORKSPACE | = 204,665 sq-ft | ( 4.698 ac) |
| ─ ─ ─ TEMPORARY ACCESS ROAD (25' WIDTH) | N/A | N/A |

PLAT NUMBER: 1657-PL-DG-38710

CERTIFICATE OF SURVEYOR

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

**REVISIONS**

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

**SGC ENGINEERING, LLC**
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100   Fax: 207-347-8101

| SECTION: 17,20,21 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|

| DRAWN: NJH DATE: 01/19/16 | CHECKED: EGW DATE: 01/19/16 | APPROVED: RJH DATE: 01/25/16 |
|---|---|---|

NAME: FL-MA-052.000.DWG

PAGE 4 of 6

**PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS**

**AZ OCALA RANCH, LLC**

| CITY: DUNNELLON | LENGTH ACROSS PROPERTY |
|---|---|
| CNTY: MARION | STATE: FL | ACCESS RD.: N/A | 11,430.44 ft |

**Sabal Trail**
TRANSMISSION℠

# FL-MA-052.000

GRID NORTH
UTM17N (NAD83)

MATCHLINE D

SW 110th AVENUE(CL)

S00°12'24"W
488.85'

PERMANENT
EASEMENT
AREA

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-052.000
40869-001-00
BOOK 5455 PAGE 1624

S00°24'14"W
619.70'

T17S - R20E - SEC. 21
T17S - R20E - SEC. 22

PROPOSED PIPELINE
CENTERLINE

50'

35'

15'

50'

2425' X 15'
ADDITIONAL
TEMPORARY
WORKSPACE

S00°14'27"W
609.24'

MATCHLINE E

0    125    250

1"=250'

## NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

## RECORD DEED(S):

- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

### LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP
◉ - REBAR, NO CAP
⊡ - CONCRETE BOUND
○ - IRON PIN

———— - ABUTTER LINE
—o— - PIPELINE CL PI
—■— - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

| | PERMANENT EASEMENT | = | 572,535 sq-ft | ( 13.144 ac) |
| | TEMPORARY WORKSPACE | = | 567,540 sq-ft | ( 13.029 ac) |
| | ADDITIONAL TEMPORARY WORKSPACE | = | 204,665 sq-ft | ( 4.698 ac) |
| | TEMPORARY ACCESS ROAD (25' WIDTH) | | N/A | N/A |

PLAT NUMBER:  1657-PL-DG-38710

## CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

### REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|-----|------|-----|-------------|----------|-------|
| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

SECTION: 17,20,21   TOWNSHIP: 17S   RANGE: 20E
DRAWN: NJH   CHECKED: EGW   APPROVED: RJH
DATE: 01/19/16   DATE: 01/19/16   DATE: 01/25/16
NAME: FL-MA-052.000.DWG   PAGE 5 of 6

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS
AZ OCALA RANCH, LLC

CITY: DUNNELLON   LENGTH ACROSS PROPERTY  11,430.44 ft
CNTY: MARION   STATE: FL   ACCESS RD.: N/A ft

Sabal Trail
TRANSMISSION℠



FL-MA-052.000

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 40869-001-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20TH 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

LEGEND

FOUND MONUMENTS
- ABUTTER LINE
● REBAR WITH CAP       ──○── PIPELINE CL PI
◉ REBAR, NO CAP         ────── LOCUS PROPERTY LINE
☐ CONCRETE BOUND      XXXX-XXXX - ASSESSOR PARCEL
○ IRON PIN                P.O.B. - POINT OF BEGINNING
                         P.O.T. - POINT OF TERMINATION

PERMANENT EASEMENT = 572,535 sq-ft  ( 13.144 ac)
TEMPORARY WORKSPACE = 567,540 sq-ft  ( 13.029 ac)
ADDITIONAL TEMPORARY WORKSPACE = 204,665 sq-ft  ( 4.698 ac)
TEMPORARY ACCESS ROAD (25' WIDTH)    N/A    N/A

PLAT NUMBER: 1657-PL-DG-38710

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| 0 | 01/25/16 | NJH | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100   Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 17,20,21 | TOWNSHIP: 17S | RANGE: 20E | |
| DRAWN: NJH | CHECKED: EGW | APPROVED: RJH | |
| DATE: 01/19/16 | DATE: 01/19/16 | DATE: 01/25/16 | |
| NAME: FL-MA-052.000.DWG | | PAGE 6 of 6 | |

CITY: DUNNELLON     LENGTH ACROSS PROPERTY 11,430.44 ft
CNTY: MARION   STATE: FL   ACCESS RD.: N/A ft

Sabal Trail
TRANSMISSION

SABAL TRAIL TRANSMISSION
AREA OF PERMANENT EASEMENT
40869-001-00
CITY OF DUNNELLON, MARION COUNTY, FLORIDA

**Permanent Easement Area**

A permanent easement of 50 feet width, in, over and across land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY (Grantor), lying in Section 17,20,21 - Township 17S - Range 20E in the City of Dunnellon, Florida, designated as assessor tract 40869-001-00 with the County of Marion Property Appraiser, and more particularly described in Book 5455 Page 1624 with the Official Records of the Clerk of Courts of Marion County (OR). Said permanent easement is defined as an offset each side of a proposed pipeline centerline and is more particularly described as follows:

Beginning at a point of intersection of the easterly boundary of land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, designated as tract 40868-000-00 and more particularly described in Book 5455 Page 1624, with said proposed pipeline centerline, said POINT OF BEGINNING having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,528,685.33 and East 1,217,964.25, where said permanent easement is defined as being 50 feet in width, 35 feet offset and 15 feet offset each side of said proposed pipeline centerline, thence passing through said land of the Grantor along said proposed pipeline centerline the following courses and distances:

| | |
|---|---|
| S 89° 20' 40" E | a distance of 860.60 feet, more or less to a point, thence; |
| S 00° 27' 03" W | a distance of 1,363.87 feet, more or less to a point, thence; |
| S 89° 04' 00" E | a distance of 174.45 feet, more or less to a point, thence; |
| N 88° 52' 56" E | a distance of 112.26 feet, more or less to a point, thence; |
| S 89° 46' 02" E | a distance of 720.73 feet, more or less to a point, thence; |
| S 89° 42' 13" E | a distance of 1,202.25 feet, more or less to a point, thence; |
| S 89° 48' 29" E | a distance of 1,423.01 feet, more or less to a point, thence; |
| S 89° 46' 45" E | a distance of 1,017.31 feet, more or less to a point, thence; |
| S 89° 43' 14" E | a distance of 611.47 feet, more or less to a point, thence; |
| S 00° 16' 46" W | a distance of 80.00 feet, more or less to a point, thence; |
| S 00° 20' 09" W | a distance of 1,084.21 feet, more or less to a point, thence; |
| S 01° 19' 20" W | a distance of 150.47 feet, more or less to a point, thence; |
| S 08° 47' 21" E | a distance of 200.00 feet, more or less to a point, thence; |
| S 00° 12' 24" W | a distance of 488.85 feet, more or less to a point, thence; |
| S 00° 24' 14" W | a distance of 619.70 feet, more or less to a point, thence; |
| S 00° 14' 27" W | a distance of 609.24 feet, more or less to a point, thence; |
| S 00° 21' 09" W | a distance of 667.03 feet, more or less to a point, thence; |
| S 00° 20' 42" W | a distance of 44.99 feet, more or less to a point of intersection of the northerly boundary of other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, designated as tract 41109-002-00 and more particularly described in Book 5455 Page 1624 with said proposed pipeline centerline, and the POINT OF TERMINATION, which concludes the defined permanent easement as it pertains to the Grantor's land described herein (said POT having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,523,348.14 and East 1,224,082.72). |

The above described Permanent Easement Area contains 13.144 acres more or less, and is also depicted on a plat prepared by SGC Engineering, LLC entitled: "FL-MA-052.000 - PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS, OWNER: "AZ OCALA RANCH, LLC", Dated: January 25th 2016, previously unrecorded but made a part of this conveyance.

The intent of this deed is to describe and convey a contiguous permanent easement of 50 feet width, herein defined as an offset each side of a proposed pipeline centerline, in as much the Grantor has rights from other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY to other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY.  Easement limits propagate by, along, and through the land of the Grantor, to the extent as shown on EXHIBIT A or as a subsequent boundary survey may determine.

Raymond J. Hintz
State of Florida
Professional Surveyor and Mapper No. PSM4908

EXHIBIT A

Feb. 02, 2016 - 8:01AM

FL-MA-054.000

GRID NORTH
UTM 7N (NAD83)

PERMANENT EASEMENT AREA

PROPOSED PIPELINE CENTERLINE

50'
15'
35'

T17S - R20E - SEC. 17
T17S - R20E - SEC. 20

SR-200

S89°20'40"E
3,628.17'

MATCHLINE A

50'

50'
25'
25'

300' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

N42°30'16"E
1,023.07'

N/F
AZ OCALA RANCH, LLC, AN ARIZONA
LIMITED LIABILITY COMPANY
40868-000-00
BOOK 5455 PAGE 1624

40'

SEE
DETAIL

5/8" REBAR
W/ PLASTIC CAP
"FLA D.O.T.
LB 6588"

144'±

54'±

N41°44'52"E
107.68'

5/8" REBAR
W/ PLASTIC CAP
"FLA D.O.T.
LB 6588"

TEMPORARY
ACCESS ROAD
62.51' L. X 25' W.
0.036 ACRES

P.O.B. 1

N/F
DRAKE RANCH
40866-000-00

DETAIL
NOT TO SCALE

POINT OF BEGINNING
N 10,527,892.27
E  1,213,573.37

*LEGEND*

FOUND MONUMENTS
● - REBAR WITH CAP
○ - REBAR, NO CAP
▣ - CONCRETE BOUND
◎ - IRON PIN

⌐ - ABUTTER LINE
○ - PIPELINE CL PI
⌐ - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

1 POINT OF BEGINNING

0   125   250
1"=250'

**NOTES:**

1) THE LOCUS PARCEL IS KNOWN AS TRACT 40868-000-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN MARCH 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID VALUES (U.S. SURVEY FEET) (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES, HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

**RECORD DEED(S):**
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | | |
|---|---|---|---|
| ▦ PERMANENT EASEMENT | = | 238,170 sq-ft | (5.468 ac) |
| ⧄ TEMPORARY WORKSPACE | = | 238,075 sq-ft | (5.465 ac) |
| ▨ ADDITIONAL TEMPORARY WORKSPACE | = | 48,570 sq-ft | (1.115 ac) |
| – – – TEMPORARY ACCESS ROAD (25' WIDTH) | = | 1,565 sq-ft | (0.036 ac) |

PLAT NUMBER: 1657-PL-DG-38322

**CERTIFICATE OF SURVEYOR**

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| 2 | 02/02/16 | EGW | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 05/29/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

**SGC ENGINEERING, LLC**
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100   Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT &
TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

SECTION: 17,20   TOWNSHIP: 17S   RANGE: 20E

DRAWN: MCC   CHECKED: GB   APPROVED: RJH
DATE: 05/13/15   DATE: 05/15/15   DATE: 05/28/15

NAME: FL-MA-054.000.DWG   PAGE 1 of 3

CITY: DUNNELLON
CNTY: MARION   STATE: FL

LENGTH ACROSS PROPERTY
PIPELINE: 4,758.92 ft
ACCESS RD.: 62.51 ft

Sabal Trail
TRANSMISSION℠

EXHIBIT A

FL-MA-054.000



GRID NORTH
UTM17N (NAD83)

PERMANENT
EASEMENT
AREA

50'    35'

PROPOSED PIPELINE
CENTERLINE

S89°20'40"E
3,628.17'

T17S - R20E - SEC. 17
T17S - R20E - SEC. 20

50'    15'

15'

MATCHLINE A

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

1,646' X 15'
ADDITIONAL
TEMPORARY
WORKSPACE

MATCHLINE B

N/F
AZ OCALA RANCH, LLC, AN ARIZONA
LIMITED LIABILITY COMPANY
FL-MA-054.000
40868-000-00
BOOK 5455 PAGE 1624

## LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP

◐ - REBAR, NO CAP

▫ - CONCRETE BOUND

○ -IRON PIN

⊥ - ABUTTER LINE

○— - PIPELINE CL PI

⊥ - LOCUS PROPERTY LINE

XXXX-XXXX - ASSESSOR PARCEL

P.O.B. - POINT OF BEGINNING

P.O.T. - POINT OF TERMINATION

0    125    250

1"=250'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 40868-000-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN MARCH 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S, SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES, HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | | |
|---|---|---|---|
| ▨ | PERMANENT EASEMENT | = 238,170 sq-ft | (5.468 ac) |
| ▨ | TEMPORARY WORKSPACE | = 238,075 sq-ft | (5.465 ac) |
| ▨ | ADDITIONAL TEMPORARY WORKSPACE | = 48,570 sq-ft | (1.115 ac) |
| - - - | TEMPORARY ACCESS ROAD (25' WIDTH) | = 1,565 sq-ft | (0.036 ac) |

PLAT NUMBER:  1657-PL-DG-38322

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| | | | REVISIONS | | |
|---|---|---|---|---|---|
| 2 | 02/02/16 | EGW | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 05/29/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT &
TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 17,20 | TOWNSHIP: 17S | RANGE: 20E | |
|---|---|---|---|
| DRAWN: MCC DATE: 05/13/15 | CHECKED: GB DATE: 05/15/15 | APPROVED: RJH DATE: 05/28/15 | |
| CITY: DUNNELLON | | LENGTH ACROSS PROPERTY | |
| NAME: FL-MA-054.000.DWG | PAGE 2 of 3 | CNTY: MARION  STATE: FL | PIPELINE: 4,758.92 ft  ACCESS RD.: 62.51 ft |

Sabal Trail
TRANSMISSION

EXHIBIT A

FL-MA-054.000



NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 40868-000-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN MARCH 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES, HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC. TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | |
|---|---|---|
| PERMANENT EASEMENT | = 238,170 sq-ft | (5.468 ac) |
| TEMPORARY WORKSPACE | = 238,075 sq-ft | (5.465 ac) |
| ADDITIONAL TEMPORARY WORKSPACE | = 48,570 sq-ft | (1.115 ac) |
| TEMPORARY ACCESS ROAD (25' WIDTH) | = 1,565 sq-ft | (0.036 ac) |

PLAT NUMBER: 1657-PL-DG-38322

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| 2 | 02/02/16 | EGW | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 05/29/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 17,20 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|
| DRAWN: MCC  DATE: 05/13/15 | CHECKED: GB  DATE: 05/15/15 | APPROVED: RJH  DATE: 05/28/15 |

| | | LENGTH ACROSS PROPERTY | |
|---|---|---|---|
| CITY: DUNNELLON | | PIPELINE: | 4,758.92 ft |
| NAME: FL-MA-054.000.DWG | PAGE 3 of 3 | CNTY: MARION | STATE: FL | ACCESS RD.: | 62.51 ft |

Sabal Trail
TRANSMISSION

SABAL TRAIL TRANSMISSION
AREA OF PERMANENT EASEMENT
40868-000-00
CITY OF DUNNELLON, MARION COUNTY, FLORIDA

**Permanent Easement Area**

A permanent easement of 50 feet width, in, over and across land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY (Grantor), lying in Section 17,20 - Township 17S - Range 20E in the City of Dunnellon, Florida, designated as assessor tract 40868-000-00 with the County of Marion Property Appraiser, and more particularly described in Book 5455 Page 1624 with the Official Records of the Clerk of Courts of Marion County (OR). Said permanent easement is defined as an offset each side of a proposed pipeline centerline and is more particularly described as follows:

Beginning at a point of intersection of the easterly boundary of now or formerly DRAKE RANCH designated as tract 40866-000-00, with said proposed pipeline centerline, said POINT OF BEGINNING having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,527,892.27 and East 1,213,573.37, where said permanent easement is defined as being 50 feet in width, 25 feet offset each side of said proposed pipeline centerline, thence passing through said land of the Grantor along said proposed pipeline centerline the following courses and distances:

N 41° 44' 52" E          a distance of 107.68 feet, more or less to a point, thence;

N 42° 30' 16" E          a distance of 1,023.07 feet, more or less to a point wherein said permanent easement transitions to 35 feet offset  northerly and 15 feet southerly each side of said proposed pipeline centerline, thence;

S 89° 20' 40" E          a distance of 3,628.17 feet, more or less to a point of intersection of the westerly boundary of other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, designated as tract 40869-001-00 and more particularly described in Book 5455 Page 1624 with said proposed pipeline centerline, and the POINT OF TERMINATION, which concludes the defined permanent easement as it pertains to the Grantor's land described herein (said POT having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,528,685.33 and East 1,217,964.25).

The above described Permanent Easement Area contains 5.468 acres more or less, and is also depicted on a plat prepared by SGC Engineering, LLC entitled: "FL-MA-054.000 - PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS, OWNER: "AZ OCALA RANCH, LLC", Dated: February 2nd, 2016 previously unrecorded but made a part of this conveyance.

The intent of this deed is to describe and convey a contiguous permanent easement of 50 feet width, herein defined as an offset each side of a proposed pipeline centerline, in as much the Grantor has rights from other land now or formerly of DRAKE RANCH to other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY.  Easement limits propagate by, along, and through the land of the Grantor, to the extent as shown on EXHIBIT A or as a subsequent boundary survey may determine.

_____

Raymond J. Hintz
State of Florida
Professional Surveyor and Mapper No. PSM4908

EXHIBIT A
Jun 25, 2015 - 8:11AM

## FL-MA-056.000

GRID NORTH
UTM17N (NAD83)

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
40869-001-00
BOOK 5455 PAGE 1624

SW 110th AVENUE(CL)
T17S - R20E - SEC. 22

PROPOSED PIPELINE
CENTERLINE

4"X4" W/BRASS CAP
MOOREHEAD ENG.
CO. OCALA FLA.

T17S - R20E - SEC. 21
T17S - R20E - SEC. 28

SW 160th STREET(CL)
T17S - R20E - SEC. 27

50'   21'

150'   100.00'   100'

ADDITIONAL
TEMPORARY
WORKSPACE
0.196 ACRES

71'

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-056.000
41109-003-00
BOOK 5455 PAGE 1624

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
41109-002-00
BOOK 5455 PAGE 1624

T17S - R20E - SEC. 28
T17S - R20E - SEC. 27

### FOUND MONUMENTS

- ● - REBAR WITH CAP
- ◯ - REBAR, NO CAP
- ☐ - CONCRETE BOUND
- ◎ - IRON PIN

- ABUTTER LINE
- PIPELINE CL PI
- LOCUS PROPERTY LINE

XXXX-XXXX - ASSESSOR PARCEL

P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

0   200   400
1"=400'

### NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-003-00, ABUTTING PROPERTY LINE AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN MARCH 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME 04092.

### RECORD DEED(S):

- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | | |
|---|---|---|---|
| ▦ | PERMANENT EASEMENT | = 0 sq-ft | (0.000 ac) |
| ▨ | TEMPORARY WORKSPACE | = 2,105 sq-ft | (0.048 ac) |
| ▩ | ADDITIONAL TEMPORARY WORKSPACE | = 8,545 sq-ft | (0.196 ac) |
| – – – | TEMPORARY ACCESS ROAD (25' WIDTH) | = N/A sq-ft | (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38264

### CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

### REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 1 | 01/15/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 05/27/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

### SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100   Fax:207-347-8101

TEMPORARY PIPELINE EASEMENT
WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 28 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|

| DRAWN: MCC DATE: 05/12/15 | CHECKED: GB DATE: 05/15/15 | APPROVED: RJH DATE: 05/27/15 |
|---|---|---|

NAME: FL-MA-056.000.DWG   Page 1 of 1

| CITY: DUNNELLON | | LENGTH ACROSS PROPERTY |
|---|---|---|
| CNTY: MARION | STATE: FL | PIPELINE: 0.00 ft |
| | | N/A ft |

Sabal Trail
TRANSMISSION

EXHIBIT A

FL-MA-057.000



1/25/2016, 8:33AM

### LEGEND

**FOUND MONUMENTS**
- ● - REBAR WITH CAP
- ◉ - REBAR, NO CAP
- ⊡ - CONCRETE BOUND
- ◯ - IRON PIN

- ┤├ - ABUTTER LINE
- ○─ PIPELINE CL PI
- ┤├ - LOCUS PROPERTY LINE
- XXXX-XXXX - ASSESSOR PARCEL

① POINT OF BEGINNING
N 10,523,348.14
E  1,224,082.72

P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

### NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

### RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | | |
|---|---|---|---|
| ▦ | PERMANENT EASEMENT | = 797,475 sq-ft | (18.308 ac) |
| ▨ | TEMPORARY WORKSPACE | = 776,780 sq-ft | (17.832 ac) |
| ▩ | ADDITIONAL TEMPORARY WORKSPACE | = 209,630 sq-ft | (4.812 ac) |
| – – – | TEMPORARY ACCESS ROAD (25' WIDTH) | = N/A sq-ft | (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38262

### CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

**SGC ENGINEERING, LLC**
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 25-28 | TOWNSHIP: 17S | RANGE: 20E | |
|---|---|---|---|
| DRAWN: JAP DATE: 04/16/15 | CHECKED: GB DATE: 04/20/15 | APPROVED: RJH DATE: 04/28/15 | CITY: DUNNELLON |
| NAME: FL-MA-057.000.DWG | | PAGE 1 of 8 | CNTY: MARION   STATE: FL |

| LENGTH ACROSS PROPERTY | |
|---|---|
| PIPELINE: | 15,987.36 ft |
| ACCESS RD.: | N/A ft |

**Sabal Trail** TRANSMISSION℠

FL-MA-057.000

GRID NORTH
UTM17N (NAD83)

SHEET 1 OF 8
SHEET 2 OF 8

SHEET 2 OF 8
SHEET 3 OF 8

4"X4" W/ BRASS CAP
MOOREHEAD ENG. CO. OCALA FLA.

S89°38'55"E
5,198.82'

35

50

SW 160th STREET(CL)

T17S - R20E - SEC. 22
T17S - R20E - SEC. 27

MATCHLINE A

MATCHLINE B

3,610' X 15'
ADDITIONAL
TEMPORARY
WORKSPACE

50

15

PERMANENT
EASEMENT
AREA

PROPOSED PIPELINE
CENTERLINE

400' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

### LEGEND

FOUND MONUMENTS
- ● - REBAR WITH CAP
- ◉ - REBAR, NO CAP
- ⊡ - CONCRETE BOUND
- ◯ - IRON PIN

- ⊥ - ABUTTER LINE
- ◯ - PIPELINE CL PI
- ⊏ - LOCUS PROPERTY LINE
- XXXX-XXXX - ASSESSOR PARCEL
- P.O.B. - POINT OF BEGINNING
- P.O.T. - POINT OF TERMINATION

0        150        300
1"=300'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME 04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | |
|---|---|---|
| ▦ | PERMANENT EASEMENT = | 797,475 sq-ft    (18.308 ac) |
| ▨ | TEMPORARY WORKSPACE = | 776,780 sq-ft    (17.832 ac) |
| ▧ | ADDITIONAL TEMPORARY WORKSPACE = | 209,630 sq-ft    (4.812 ac) |
| --- | TEMPORARY ACCESS ROAD (25' WIDTH) = | N/A sq-ft    (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 25-28 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|

| DRAWN: JAP | CHECKED: GB | APPROVED: RJH |
| DATE: 04/16/15 | DATE: 04/20/15 | DATE: 04/28/15 |

| CITY: DUNNELLON | | LENGTH ACROSS PROPERTY |
| CNTY: MARION | STATE: FL | PIPELINE: 15,987.36 ft |
| NAME: FL-MA-057.000.DWG | PAGE 2 of 8 | ACCESS RD.: N/A ft |

Sabal Trail
TRANSMISSION℠

GRID NORTH
UTM17N (NAD83)

SHEET 2 OF 8
SHEET 3 OF 8

T17S - R20E - SEC. 22
T17S - R20E - SEC. 23

S89°38'55"E
5,198.82'

SW 160th STREET(CL)

4"X4" W/ BRASS CAP
MOOREHEAD ENG. CO. OCALA FLA.

T17S - R20E - SEC. 23

S89°39'10"E
2,645.04'

SHEET 3 OF 8
SHEET 4 OF 8

T17S - R20E - SEC. 26

MATCHLINE B

50'
15'

PERMANENT
EASEMENT
AREA

PROPOSED PIPELINE
CENTERLINE

T17S - R20E - SEC. 27
T17S - R20E - SEC. 26

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

MATCHLINE C

50'
35'

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP          ┬─── - ABUTTER LINE

◉ - REBAR, NO CAP          ○──── - PIPELINE CL PI

⊡ - CONCRETE BOUND         ┴─── - LOCUS PROPERTY LINE

◎ - IRON PIN               XXXX-XXXX - ASSESSOR PARCEL

P.O.B. - POINT OF BEGINNING

P.O.T. - POINT OF TERMINATION

0    150    300
1"=300'

NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013.  THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):

- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | |
|---|---|---|
| ▦ | PERMANENT EASEMENT | = 797,475 sq-ft   (18.308 ac) |
| ▨ | TEMPORARY WORKSPACE | = 776,780 sq-ft   (17.832 ac) |
| ▩ | ADDITIONAL TEMPORARY WORKSPACE | = 209,630 sq-ft   (4.812 ac) |
| –  –  – | TEMPORARY ACCESS ROAD (25' WIDTH) | = N/A sq-ft   (N/A ac) |

PLAT NUMBER:  1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY".  THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100        Fax: 207-347-8101

SECTION:  25-28    TOWNSHIP:  17S    RANGE:  20E

DRAWN:  JAP    CHECKED:  GB    APPROVED:  RJH
DATE:  04/16/15    DATE:  04/20/15    DATE:  04/28/15

NAME:  FL-MA-057.000.DWG        PAGE 3 of 8

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

CITY:  DUNNELLON

CNTY:  MARION    STATE:  FL

LENGTH ACROSS PROPERTY
PIPELINE:  15,987.36 ft
PIPELINE:  N/A ft

Sabal Trail
TRANSMISSION℠

EXHIBIT A
FL-MA-057.000



GRID NORTH
UTM17N (NAD83)

SHEET 3 OF 8
SHEET 4 OF 8

SHEET 4 OF 8
SHEET 5 OF 8

S89°39'44"E
2,651.84'

4"X4" W/ BRASS CAP
MOOREHEAD ENG. CO. OCALA FLA.

S89°39'10"E
2,645.04'

SW 160th STREET(CL)

T17S - R20E - SEC. 23
T17S - R20E - SEC. 26

50'

35'

15'

50'

PROPOSED PIPELINE
CENTERLINE

PERMANENT
EASEMENT
AREA

MATCHLINE C

MATCHLINE D

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

### LEGEND

FOUND MONUMENTS
● - REBAR WITH CAP
⊙ - REBAR, NO CAP
⊡ - CONCRETE BOUND
◎ -IRON PIN

—⌐— - ABUTTER LINE
—○— - PIPELINE CL PI
—⌐— - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

0      150      300
1"=300'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

PERMANENT EASEMENT = 797,475 sq-ft (18.308 ac)
TEMPORARY WORKSPACE = 776,780 sq-ft (17.832 ac)
ADDITIONAL TEMPORARY WORKSPACE = 209,630 sq-ft (4.812 ac)
TEMPORARY ACCESS ROAD (25' WIDTH) = N/A sq-ft (N/A ac)

PLAT NUMBER:  1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS
AZ OCALA RANCH, LLC

SECTION: 25-28  TOWNSHIP: 17S  RANGE: 20E

DRAWN:  JAP  CHECKED:  GB  APPROVED:  RJH
DATE:  04/16/15  DATE:  04/20/15  DATE:  04/28/15

NAME: FL-MA-057.000.DWG       PAGE 4 of 8

CITY:  DUNNELLON
CNTY:  MARION    STATE:  FL

LENGTH ACROSS PROPERTY
PIPELINE:  15,987.36 ft
ACCESS RD.:  N/A ft

Sabal Trail
TRANSMISSION℠

EXHIBIT A

FL-MA-057.000



GRID NORTH
UTM17N (NAD83)

SHEET 4 OF 8
SHEET 5 OF 8

PERMANENT EASEMENT AREA

PROPOSED PIPELINE CENTERLINE

SHEET 5 OF 8
SHEET 6 OF 8

50'   35'   15'

SW 160th STREET(CL)

25'

S89°38'44"E
2,651.84'

T17S - R20E - SEC. 23
T17S - R20E - SEC. 26

MATCHLINE D

MATCHLINE E

50'

350' X 50' ADDITIONAL TEMPORARY WORKSPACE

244'±

50'

250' X 50' ADDITIONAL TEMPORARY WORKSPACE

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

### LEGEND

FOUND MONUMENTS



● - REBAR WITH CAP
◉ - REBAR, NO CAP
▫ - CONCRETE BOUND
○ - IRON PIN

- ABUTTER LINE
- PIPELINE CL PI
- LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

0    150    300
1"=300'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | |
|---|---|---|
| ▒ | PERMANENT EASEMENT = | 797,475 sq-ft   (18.308 ac) |
| ▨ | TEMPORARY WORKSPACE = | 776,780 sq-ft   (17.832 ac) |
| ▧ | ADDITIONAL TEMPORARY WORKSPACE = | 209,630 sq-ft   (4.812 ac) |
| - - - | TEMPORARY ACCESS ROAD (25' WIDTH) = | N/A sq-ft   (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

### REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |



SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100     Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

Sabal Trail
TRANSMISSION℠

| SECTION: 25-28 | TOWNSHIP: 17S | RANGE: 20E | CITY: DUNNELLON | LENGTH ACROSS PROPERTY | |
|---|---|---|---|---|---|
| DRAWN: JAP DATE: 04/16/15 | CHECKED: GB DATE: 04/20/15 | APPROVED: RJH DATE: 04/28/15 | | PIPELINE: | 15,987.36 ft |
| NAME: FL-MA-057.000.DWG | | PAGE 5 of 8 | CNTY: MARION  STATE: FL | ACCESS RD.: | N/A ft |

FL-MA-057.000



LEGEND

FOUND MONUMENTS
- ● - REBAR WITH CAP
- ◉ - REBAR, NO CAP
- ⊡ - CONCRETE BOUND
- ◎ - IRON PIN

- ⊥ ⊥ - ABUTTER LINE
- ⊥○⊥ - PIPELINE CL PI
- ⊥ ⊥ - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

PERMANENT
EASEMENT
AREA

SW 160th STREET(CL)

PROPOSED PIPELINE
CENTERLINE

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

4"X4" W/ BRASS CAP
MOOREHEAD ENG. CO. OCALA FLA.

S89°38'44"E
2,651.84'

S89°57'57"E
2,699.72'

T17S - R20E - SEC. 23
T17S - R20E - SEC. 24

T17S - R20E - SEC. 24
T17S - R20E - SEC. 25

T17S - R20E - SEC. 26
T17S - R20E - SEC. 25

SHEET 5 OF 8
SHEET 6 OF 8

SHEET 6 OF 8
SHEET 7 OF 8

MATCHLINE E

MATCHLINE F

50'   35'   15'   50'

0   150   300
1"=300'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. 100% OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | PERMANENT EASEMENT | = | 797,475 sq-ft | (18.308 ac) |
| | TEMPORARY WORKSPACE | = | 776,780 sq-ft | (17.832 ac) |
| | ADDITIONAL TEMPORARY WORKSPACE | = | 209,630 sq-ft | (4.812 ac) |
| | TEMPORARY ACCESS ROAD (25' WIDTH) | = | N/A sq-ft | (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|-----|------|-----|-------------|----------|-------|
| | | | | | |
| | | | | | |
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

SECTION: 25-28   TOWNSHIP: 17S   RANGE: 20E

| DRAWN: JAP | CHECKED: GB | APPROVED: RJH |
| DATE: 04/16/15 | DATE: 04/20/15 | DATE: 04/28/15 |

NAME: FL-MA-057.000.DWG    PAGE 6 of 8

PERMANENT PIPELINE EASEMENT &
TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

CITY: DUNNELLON
CNTY: MARION     STATE: FL

| LENGTH ACROSS PROPERTY | |
| PIPELINE: | 15,987.36 ft |
| ACCESS RD.: | N/A |

Sabal Trail
TRANSMISSION

FL-MA-057.000

GRID NORTH
UTM17N (NAD83)

SHEET 6 OF 8
SHEET 7 OF 8

SHEET 7 OF 8
SHEET 8 OF 8

PERMANENT EASEMENT AREA

4"X4" W/ BRASS CAP
MOOREHEAD ENG. CO. OCALA FLA.

S89°57'54"E
1,376.33'

50'
35'
15'

SW 160th STREET(CL)

T17S - R20E - SEC. 24
T17S - R20E - SEC. 25

PROPOSED PIPELINE CENTERLINE

S89°57'57"E
2,699.72'

50'

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

25'

MATCHLINE F

MATCHLINE G

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

LEGEND

FOUND MONUMENTS
● - REBAR WITH CAP
◉ - REBAR, NO CAP
⊡ - CONCRETE BOUND
◎ -IRON PIN

—⊤— - ABUTTER LINE
—○— - PIPELINE CL PI
—⊤— - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

0      150      300
1" = 300'

NOTES:
1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.
2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS OR EXCEEDS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.
3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).
5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.
6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

PERMANENT EASEMENT = 797,475 sq-ft    (18.308 ac)
TEMPORARY WORKSPACE = 776,780 sq-ft    (17.832 ac)
ADDITIONAL TEMPORARY WORKSPACE = 209,630 sq-ft    (4.812 ac)
TEMPORARY ACCESS ROAD (25' WIDTH) = N/A sq-ft    (N/A ac)

PLAT NUMBER: 1657-PL-DG-38262

CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS
AZ OCALA RANCH, LLC

SECTION: 25-28   TOWNSHIP: 17S   RANGE: 20E
DRAWN: JAP   CHECKED: GB   APPROVED: RJH
DATE: 04/16/15   DATE: 04/20/15   DATE: 04/28/15

CITY: DUNNELLON
NAME: FL-MA-057.000.DWG   PAGE 7 of 8
CNTY: MARION   STATE: FL

| LENGTH ACROSS PROPERTY | |
|---|---|
| PIPELINE: | 15,987.36 ft |
| ACCESS RD.: | N/A ft |

Sabal Trail
TRANSMISSION

EXHIBIT A

FL-MA-057.000



GRID NORTH
UTM17N (NAD83)

SHEET 7 OF 8
SHEET 8 OF 8

PERMANENT EASEMENT AREA

S89°57'54"E
1,376.33'

SW 160th STREET(CL)

15'
35'
25'
50'
50'
50'
50'
10'
50'
25'

107'

S84°36'58"E
668.91'

SW 160th STREET(CL)
108'±

T17S - R20E - SEC. 24
T17S - R20E - SEC. 25

365'±

MATCHLINE G

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

PROPOSED PIPELINE
CENTERLINE

40'

P.O.T. 2

S88°56'58"E
576.68'

339' X 150'
ADDITIONAL
TEMPORARY
WORKSPACE

N/F
AZ OCALA RANCH, LLC,
AN ARIZONA LIMITED LIABILITY COMPANY
FL-MA-057.000
41109-002-00
BOOK 5455 PAGE 1624

N/F
FARRIOR INVESTMENTS LTD., A
FLORIDA LIMITED PARTNERSHIP
41109-018-01
BOOK 2908 PAGE 1613

2   POINT OF TERMINATION
N  10,523,172.21
E  1,240,031.65

## LEGEND

FOUND MONUMENTS

● - REBAR WITH CAP
◉ - REBAR, NO CAP
▢ - CONCRETE BOUND
◯ - IRON PIN

⊥ - ABUTTER LINE
○ - PIPELINE CL PI
⊥ - LOCUS PROPERTY LINE
XXXX-XXXX - ASSESSOR PARCEL
P.O.B. - POINT OF BEGINNING
P.O.T. - POINT OF TERMINATION

0    150    300
1"=300'

## NOTES:

1) THE LOCUS PARCEL IS KNOWN AS TRACT 41109-002-00. ABUTTING PROPERTY LINES AND OWNER INFORMATION REFERENCED HEREON WERE TAKEN FROM THE MARION COUNTY PROPERTY APPRAISER'S DATA AS OF THE DATE OF THIS SURVEY.

2) THE LOCUS PROPERTY LINES AS SHOWN HEREON ARE BASED ON A FIELD SURVEY CONDUCTED IN APRIL 2015, AND PROPERTY RETRACEMENT OF A LIMITED TITLE CERTIFICATE PROVIDED BY DOYLE LAND SERVICES, INC. THIS MAP MEETS THE STANDARDS OF PRACTICE FOR A SPECIAL PURPOSE SURVEY AS SET OUT IN 5J-17.050(10)(J) F.A.C.

3) THE INTENT OF THIS SPECIAL PURPOSE SURVEY MAP IS TO DEPICT A CONTIGUOUS PERPETUAL EASEMENT TOGETHER WITH ASSOCIATED TEMPORARY WORKSPACES FOR THE OPERATION, MAINTENANCE, AND CONSTRUCTION OF A NATURAL GAS PIPELINE. NO REPORT WAS PREPARED IN CONJUNCTION WITH THIS MAP.

4) BEARINGS, DISTANCES (U.S. SURVEY FEET), AND COORDINATES (U.S. SURVEY FEET) ARE GRID REFERENCED TO UTM ZONE 17 NORTH NAD 83 (2007).

5) SURVEY DATA UTILIZED IN PREPARATION OF THESE PLANS WAS COLLECTED UTILIZING RTK-GPS EQUIPMENT AND TECHNIQUES. HORIZONTAL AND VERTICAL CONTROL WAS ESTABLISHED BY SGC ENGINEERING, LLC, TO AN ACCURACY WHICH EXCEEDS A 1:10,000 CLOSURE, AND IS DOCUMENTED IN A GEODETIC SURVEY CONTROL REPORT DATED SEPTEMBER 13th 2013. THE EXPECTED RELATIVE ACCURACY OF SURVEY DATA IS 0.1' HORIZONTALLY AND 0.2' VERTICALLY. RECORDS OF MEASUREMENT AND REPORTS USED TO PRODUCE THIS MAP SHALL BE MAINTAINED BY SGC ENGINEERING, LLC.

6) THIS PLAN AND ALL WORK ASSOCIATED WITH IT WAS PERFORMED BY: SGC ENGINEERING, LLC, PROFESSIONAL SURVEYOR & MAPPER FLORIDA BUSINESS LICENSE NO. LB7979; PRINCIPAL ADDRESS: 501 COUNTY ROAD, WESTBROOK, ME  04092.

RECORD DEED(S):
- A SPECIAL WARRANTY DEED OF CONVEYANCE UNTO AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, RECORDED IN BOOK 5455 PAGE 1624 ON DECEMBER 20th 2010 IN THE OFFICIAL RECORDS OF THE CLERK OF COURTS (OR) - MARION COUNTY.

| | | |
|---|---|---|
| PERMANENT EASEMENT | = 797,475 sq-ft | (18.308 ac) |
| TEMPORARY WORKSPACE | = 776,780 sq-ft | (17.832 ac) |
| ADDITIONAL TEMPORARY WORKSPACE | = 209,630 sq-ft | (4.812 ac) |
| TEMPORARY ACCESS ROAD (25' WIDTH) | = N/A sq-ft | (N/A ac) |

PLAT NUMBER: 1657-PL-DG-38262

## CERTIFICATE OF SURVEYOR

I HEREBY CERTIFY THAT THIS SURVEY MEETS THE STANDARDS OF PRACTICE FOR A "SPECIAL PURPOSE SURVEY". THIS SURVEY MAP OR THE COPIES THEREOF ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF THE FLORIDA LICENSED PROFESSIONAL SURVEYOR AND MAPPER.

RAYMOND J. HINTZ
PROFESSIONAL SURVEYOR AND MAPPER PSM4908

## REVISIONS

| NO. | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
|---|---|---|---|---|---|
| 1 | 01/25/16 | NJH | RE-ISSUED FOR ACQUISITION | 1172001.6 | RJH |
| 0 | 04/28/15 | JAP | ISSUED FOR ACQUISITION | 1172001.6 | RJH |

SGC ENGINEERING, LLC
501 County Road
Westbrook, Maine 04092
Tel: 207-347-8100    Fax: 207-347-8101

PERMANENT PIPELINE EASEMENT &
TEMPORARY WORKSPACE AREAS

AZ OCALA RANCH, LLC

| SECTION: 25-28 | TOWNSHIP: 17S | RANGE: 20E |
|---|---|---|
| DRAWN: JAP  DATE: 04/16/15 | CHECKED: DTO  DATE: 04/20/15 | APPROVED: RJH  DATE: 04/28/15 |

| CITY: DUNNELLON | | LENGTH ACROSS PROPERTY |
| NAME: FL-MA-057.000.DWG | PAGE 8 of 8 | PIPELINE: 15,987.36 ft |
| CNTY: MARION | STATE: FL | ACCESS RD.: N/A ft |

Sabal Trail
TRANSMISSION℠

EXHIBIT A                                                                                    Page 1 of 1

SABAL TRAIL TRANSMISSION
AREA OF PERMANENT EASEMENT
41109-002-00
CITY OF DUNNELLON, MARION COUNTY, FLORIDA

**Permanent Easement Area**

A permanent easement of 50 feet width, in, over and across land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY (Grantor), lying in Section 25-28 - Township 17S - Range 20E in the City of Dunnellon, Florida, designated as assessor tract 41109-002-00 with the County of Marion Property Appraiser, and more particularly described in Book 5455 Page 1624 with the Official Records of the Clerk of Courts of Marion County (OR). Said permanent easement is defined as an offset each side of a proposed pipeline centerline and is more particularly described as follows:

Beginning at a point of intersection of the southerly boundary of other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY, designated as tract 40869-001-00 and more particularly described in Book 5455 Page 1624, with said proposed pipeline centerline, said POINT OF BEGINNING having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,523,348.14 and East 1,224,082.72, where said permanent easement is defined as being 50 feet in width, 15 feet offset westerly and 35 feet offset easterly of said proposed pipeline centerline, thence passing through said land of the Grantor along said proposed pipeline centerline the following courses and distances:

| | |
|---|---|
| S 00° 20' 42" W | a distance of 35.01 feet, more or less to a point wherein said permanent easement transitions to 35 feet offset northerly and 15 feet southerly each side of said proposed pipeline centerline, thence; |
| S 89° 39' 13" E | a distance of 135.01 feet, more or less to a point, thence; |
| S 89° 38' 55" E | a distance of 5,198.82 feet, more or less to a point, thence; |
| S 89° 39' 10 " E | a distance of 2,645.04 feet, more or less to a point, thence; |
| S 89° 38' 44 " E | a distance of 2,651.84 feet, more or less to a point, thence; |
| S 89° 57' 57 " E | a distance of 2,699.72 feet, more or less to a point, thence; |
| S 89° 57' 54" E | a distance of 1,376.33 feet, more or less to a point, wherein the proposed pipeline centerline transitions from 50 feet in width, 15 feet offset southerly and 35 feet offset northerly of said proposed pipeline centerline to 50 feet in width, 25 feet offset each side of said proposed pipeline centerline, thence; |
| S 84° 36' 58 " E | a distance of 668.91 feet, more or less to a point, thence; |
| S 88° 56' 58" E | a distance of 576.68 feet, more or less to a point of intersection of the westerly boundary of land now or formerly of FARRIOR INVESTMENTS LTD., A FLORIDA LIMITED PARTNERSHIP, designated as tract 41109-018-01 and more particularly described in Book 2908 Page 1613 with said proposed pipeline centerline, and the POINT OF TERMINATION, which concludes the defined permanent easement as it pertains to the Grantor's land described herein (said POT having a UTM Zone 17 North NAD83 (2007) US Survey Feet Coordinate of North 10,523,172.21 and East 1,240,031.65). |

The above described Permanent Easement Area contains 18.308 acres more or less, and is also depicted on a plat prepared by SGC Engineering, LLC entitled: "FL-MA-057.000 - PERMANENT PIPELINE EASEMENT & TEMPORARY WORKSPACE AREAS, OWNER: "AZ OCALA RANCH, LLC", Dated: January 25th 2016, previously unrecorded but made a part of this conveyance.

The intent of this deed is to describe and convey a contiguous permanent easement of 50 feet width, herein defined as an offset each side of a proposed pipeline centerline, in as much the Grantor has rights from other land now or formerly of AZ OCALA RANCH, LLC, AN ARIZONA LIMITED LIABILITY COMPANY to land now or formerly of FARRIOR INVESTMENTS LTD., A FLORIDA LIMITED PARTNERSHIP.  Easement limits propagate by, along, and through the land of the Grantor, to the extent as shown on EXHIBIT A or as a subsequent boundary survey may determine.

Raymond J. Hintz
State of Florida
Professional Surveyor and Mapper No. PSM4908