**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                                                       Case No: 5:16-cv-208-Oc-30PRL

**84.115 ACRES OF LAND IN MARION
COUNTY FLORIDA, AZ OCALA
RANCH, LLC, WILL BELLAMY and
UNKNOWN OWNERS**

    **Defendants.**

**ORDER**

Pursuant to Local Rule 3.03(d), "[r]equests for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings."

Accordingly, Defendant AZ Ocala Ranch's recent filing, which includes a notice of Rule 26(a)(1) initial disclosures (Doc. 37), is hereby **STRICKEN**. The Clerk is directed to remove the documents from the docket, and return them to counsel with a copy of this Order.

**DONE** and **ORDERED** in Ocala, Florida on September 14, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties